UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA     :     MJ20-14037-04(ZNQ)

        vs.               :     ORDER APPOINTING FEDERAL
                                    PUBLIC DEFENDER
JAVIER RODRIGUEZ-VALPAIS       :



    The financial inability of the defendant to retain counsel
having been established by the court, and the defendant not
having waived the appointment of counsel, and for good cause
shown; it is on this 30th day of September, 2020,

    ORDERED that the Federal Public Defender Organization
for the District of New Jersey is hereby appointed to represent
said defendant in this cause, for the purposes of today's hearing,
until further order of this court.




                                  s/Zahid N. Quraishi
                                **ZAHID N. QURAISHI**
                                United States Magistrate Judge


cc:  Federal Public Defender